[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-1869

 UNITED STATES,

 Appellee,

 v.

 ARTHUR J. ALBANESE,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF RHODE ISLAND

 [Hon. Francis J. Boyle, Senior U.S. District Judge] 

 

 Before

 Selya, Circuit Judge, 
 Cyr, Senior Circuit Judge, 
 and Boudin, Circuit Judge. 

 

Robert G. Levitt on brief for appellant. 
Sheldon Whitehouse, United States Attorney, and Margaret E. 
Curran, Assistant United States Attorney, on brief for appellee. 

 

 December 10, 1997
 

 Per Curiam. Upon careful review, we find no merit in 

any of defendant's counseled or pro se arguments. As the

district court concluded, there were no grounds for

resentencing defendant under 18 U.S.C. 3582(c)(2).

Defendant's 10-year mandatory minimum sentence under 21

U.S.C. 841(b)(1)(B) was proper considering the entire 8.98

grams of the cocaine base mixture in his possession, whether

that mixture was "cut or uncut, pure or impure." Chapman v. 

United States, 500 U.S. 453, 461 (1991). The amended 

commentary to U.S.S.G. 2D1.1 made no difference here. 

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-